United States District Court
Southern District of Texas
**ENTERED**
March 10, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLINTON FRANCE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-0015 |
| | § | |
| EILESES CAPITAL, LLC, | § | |
| KISHORE BOPARDIKAR, | § | |
| CHARLES MARSTON, & | § | |
| KRYSTALLIZE TECHNOLOGIES, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

<u>ORDER OF DISMISSAL ON STIPULATION</u>

The Court is in receipt of the joint Stipulation of Dismissal With Prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), filed March 5, 2021, in which the Parties stipulate to the dismissal of this case with prejudice. Accordingly, it is hereby

ORDERED that this case is DISMISSED with prejudice, with each party to bear its own costs and attorneys fees.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on March ___8___, 2021.

Ewing Werlein, Jr.
United States District Judge